# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

**PHERAH LLC,**

    *Plaintiff,*

    **v.**

**CYMA SYSTEMS, INC.,**

    *Defendant.*

**CIVIL ACTION NO 6:16-cv-983**

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Parties' Joint Motion to Dismiss With Prejudice All Claims Between Pherah LLC and CYMA Systems, Inc. (Dkt. No. 6). Having considered said Motion, the Court finds it appropriate to GRANT said Motion. It is, therefore,

ORDERED that all claims asserted in this suit between Plaintiff, Pherah LLC, and Defendant, CYMA Systems, Inc., are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.  The clerk is directed to close the case.

    **So ORDERED and SIGNED this 26th day of August, 2016.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE